# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2019

157744

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

LATRISHA SAHMON McLAURIN,
       Defendant-Appellant.

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 157744
COA: 342936
Oakland CC: 2016-258332-FH

_____/

By order of October 2, 2018, the application for leave to appeal the April 30, 2018 order of the Court of Appeals was held in abeyance pending the decision in *People v Ames* (Docket No. 156077). On order of the Court, leave to appeal having been denied in *Ames* on June 26, 2019, 504 Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2019



Clerk

t0904